IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

**JENNIFER GAFFNEY,** )
)
    **Plaintiff,** )
)
   v. ) CASE NO. 3:15-CV-01441
) JURY DEMAND
**KENTUCKY HIGHER EDUCATION** ) JUDGE TRAUGER
**STUDENT LOAN CORPORATION,** )
)
    **Defendant.** )

==Motion GRANTED for extension to 2/5/16.==

*[Signature]*

### MOTION OF DEFENDANT FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

    The defendant, the Kentucky Higher Education Student Loan Corporation, moves for a brief extension of time within which to respond to the complaint. Grounds for this motion are as follows: This defendant recently has retained the undersigned attorney to represent its interests. To this point, the defendant and the undersigned attorney have not been able to share the information which is necessary properly to respond to the complaint. They therefore request an extension up to and including February 5, 2016 within which time to respond to the complaint.

    By his signature below, the undersigned attorney states that he has conferred by way of email with attorneys for the plaintiffs and has their authority to represent that they have no opposition to this motion.