UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JENNIFER GAFFNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:15-cv-01441 |
| | ) | Judge Aleta A. Trauger |
| KENTUCKY HIGHER EDUCATION | ) | |
| STUDENT LOAN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Kentucky Higher Education Student Loan Corporation ("KHESLC") has filed a Motion to Dismiss (Docket No. 9), to which the plaintiff, Jennifer Gaffney, has filed a Response in Opposition (Docket No. 14), and KHESLC has filed a Reply (Docket No. 21). For the reasons explained in the accompanying memorandum, that motion is **DENIED**.

This case is **RESET** for an initial case management conference on August 8, 2016, at 4:00 p.m.

It is so **ORDERED**.

Enter this 12th day of July 2016.

ALETA A. TRAUGER
United States District Judge